909 A.2d 723

LIBERTARIAN PARTY OF CENTRAL NEW JERSEY AND JOHN T. PAFF, PLAINTIFFS–PETITIONERS, v. REINA A. MURPHY, DEFENDANT–RESPONDENT.

October 20, 2006.

ORDERED that the petition for certification is granted, limited to the order on counsel fees, and the matter is summarily remand-

ed to the Appellate Division for a statement of reasons in respect of its disposition of that matter.

Jurisdiction is not retained.